Jackson *v.* Motley.

MAY 1, 1802.

# Josiah Jackson *v.* Joel Motley.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Franklin county.*

Where the parties have pleaded to issue, a judgment for plaintiff, *on motion*, without a trial or waiver of the issue, is erroneous.

It appears in this case that an issue was made up in the cause, and that a judgment was given for the plaintiff, *on motion*, without trying the issue, or without the issue being waived by the parties. Therefore, it is considered by the court, that the judgment aforesaid be reversed and set aside; that the cause be remanded to the court from whence it came, to be placed on the issue docket, with directions to proceed to a trial of the issue, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the said court.